## Criminal Calendar: Sentencing

**Before: Judge John Gleeson, U.S.D.J.**

Date: 8/20/10    Time: 3:10pm – 3:50pm

DOCKET NUMBER: 09CR840

DEFENDANT'S NAME: Joe Green

✓ Present  ___ Not Present  ✓ In Custody  ___ Bail

**DEFENSE COUNSEL:** Stuart Grossman

___ Legal Aid  ✓ CJA  ___ Retained

AUSA: Daniel Brownell    Deputy Clerk: Ilene Lee

Probation Officer: Mary Ann Betts

INTERPRETER: _____ (Language) _____

COURT REPORTER: Michele Nardone

✓ Case Called.

✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

___ The Pre-sentence Report is adopted without change.

✓ Defendant is sentenced to **120** months imprisonment and **5** years of supervised release.

Special conditions of Supervision are as follows:
- No firearms or ammunitions.
- Compliance with the Order of Restitution.
- Full financial disclosure.

✓ Defendant is ordered to pay restitution in the amount of $ **599,992.93** (To be paid at $25 per quarter while in custody and at 10% of defendant's net monthly income after release. Payments are to be made to the Clerk of Court at 225 Cadman Plaza East, Bklyn, NY 11201.)

___ Defendant is ordered to pay a fine in the amount of $ _____

✓ Defendant is ordered to pay a special assessment of $ **100.xx (NO FINE)**

Monetary penalties are due as follows:

✓ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at: **as close to New York as possible**

___ The deft is remanded to the custody of U.S.M.S.

___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on _____ @ _____

___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2:00pm on _____   ☐ as notified by USMS   or   ☐ as notified by P.O.

✓ Open count(s) **(All Open Counts)** is/(are) dismissed on motion of the government.