**DOCKET NUMBER**: 9cr840   **CRIMINAL CAUSE FOR** V.O.S.R.
**BEFORE JUDGE**:   KORMAN   **DATE:** **8/3/2022**   **TIME IN COURT**    HRS 25  MINS

**DEFENDANT'S NAME**: Joe D. Green                         **DEFENDANTS #**
☐   X Present   '       Not Present   '   Custody   '   X Not Custody

**DEFENSE COUNSEL**: Roberto Luis Pagan-Lopez
☐   Federal Defender   '   CJA   '   Retained

**A.U.S.A.**: Eric W. Silverberg                           **Case Manager**: Talia Cohen

**ESR**: ROCCO/HONG       **INT/LANG**:               **USPO**: Matt Geller

☐   Revocation of Probation non contested   ' Revocation of Probation contested
☐   Sentencing non-evidentiary   ' Sentencing Contested
☐   Revocation of Supervised Release evidentiary   ' Revocation of Supervised Release non-evidentiary

   FINAL REVOCATION HRG HELD.   HRG CONT'D TO     .
   DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
   GUILTY   NOT GUILTY   TO CHARGES OF VIOLATION #
 CASE CALLED.   **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, PLEA.**

   COURT FINDS DEFT   GUILTY   NOT GUILTY.
   DEFT CONT'D ON PROB./S.R. UNTIL          .
   DEFT REINSTATED TO PROB./S.R.   PROB./S.R. REVOKED.
   JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

   SENTENCING SET FOR       .   SENTENCING HELD.
   EXECUTION OF SENTENCE STAYED TO          .
   DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

**UTILITIES**
'   ~Util-Plea Entered   '   ~Util-Add terminate Attorneys   '   ~Util-Bond Set/Reset
'   ~Util-Exparte Matter   '   ~Util-Indictment Un Sealed   '   ~Util-Information Unsealed
'   ~Util-Set/Reset Deadlines   '   ~Util-Set/Reset Deadlines/Hearings
'   ~Util-Set/Rest Motion and R&R Deadlines/Hearings   '   ~Util-Terminate Motions
'   ~Util-Terminate Parties   '   ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)**? '   YES   '   NO
**TEXT**
**The parties report that they are in discussions concerning the evidence of the case and seek an adjournment.  Next status conference scheduled for 9/21/2022 @ 2pm.**